**Harold WESTERFIELD, Appellant,**

v.

**Lowell STANSBERRY, Appellee.**

Court of Appeals of Kentucky.

May 25, 1956.

J. Milton Luker, C. R. Luker, London, for appellant.

Calvert C. Little, London, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of $200 of the Laurel Circuit Court for

damages to appellee's tractor caused by appellant's automobile knocking it off the highway while being towed.

The evidence sustained a finding that the appellant was not a volunteer, and in the absence of instructions from the record, it is assumed they submitted the question of the brakes failing suddenly.

The motion for an appeal is overruled, and the judgment stands affirmed.